PROB 22
(Rev. 01/24)

# TRANSFER OF JURISDICTION

| | |
|---|---|
| DOCKET NUMBER *(Tran. Court)* | 2:21-CR-056- Z (01) |
| DOCKET NUMBER *(Rec. Court)* | 2:26-cr-00181-RFB-BNW-1 |

| | | | | |
|---|---|---|---|---|
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | | DIVISION | |
| **Griselda Rodriguez-Michel**<br>Las Vegas, Nevada | Northern District of Texas | | Amarillo | |
| | NAME OF SENTENCING JUDGE | | | |
| | U.S. District Judge Matthew J. Kacsmaryk | | | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM | 06/18/2026 | TO 06/17/2029 |

✓ FILED ___ RECEIVED ___ ENTERED ___ SERVED ON
AUG 25 2026
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY: AMMi DEPUTY

OFFENSE
Ct. 1: Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine
Ct. 2: Misprision of a Felony

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision
Griselda Rodriguez-Michel is a resident of Nevada and has no intentions of returning to Texas. Furthermore, transfer of jurisdiction will allow any future matters involving this case be addressed locally.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Northern DISTRICT OF Texas

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the District of Nevada upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

Aug. 24, 2026
*Date*

*United States District Judge Matthew J. Kacsmaryk*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ________ DISTRICT OF Nevada

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

8/31/2026
*Effective Date*

*United States District Judge*

**UNITED STATES PROBATION OFFICE**
**DISTRICT OF NEVADA**
**MEMORANDUM**

RE: Griselda Rodriguez-Michel

Case No.: TO BE DETERMINED

TRANSFER OF JURISDICTION

August 25, 2026

TO: The Honorable United States District Judge
District of Nevada

On September 20, 2022, Rodriguez-Michel was sentenced in the Northern District of Texas to 96 months custody, followed by three years of supervised release for committing the offenses of Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine and Misprision of a Felony. Supervised release commenced in the District of Nevada on June 18, 2026.

Rodriguez-Michel has resided in Nevada since commencement of supervised release. She has a strong support system and familial ties in Nevada and plans to reside here for the duration of her supervised release. It is respectfully requested that transfer of jurisdiction be accepted in the District of Nevada in order to address any violation conduct with an appropriate sanction.

The Northern District of Texas is in agreement with the transfer of jurisdiction as witnessed by the signature on the attached prob 22.

Should you have any questions, the undersigned officer can be reached at 702-271-6309.

Respectfully submitted,

Digitally signed by Brianna King
Date: 2026.08.25 10:53:20 -07'00'

Brianna King
United States Probation Officer

ADDENDUM TO PETITION (Probation Form 12)
RE: Griselda Rodriguez-Michel

Approved:

Digitally signed by Steve Goldner
Date: 2026.08.25 10:49:13 -07'00'

Steve M Goldner
Supervisory United States Probation Officer